G. Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorney for Plaintiff,
DENYS MIDDLETON

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENYS MIDDLETON, <br><br> Plaintiff, <br><br> vs. <br><br> ASSET ACCEPTANCE, LLC, <br><br> Defendant. | Case No.: CV09-04375 FMO <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff, DENYS MIDDLETON, though his attorneys, informs this Honorable Court that Plaintiff has settled his case with ASSET ACCEPTANCE, LLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

                                                   Respectfully Submitted,

DATED: November 10, 2009              KROHN & MOSS, LTD.

                                                   By: /s/ G. Thomas Martin, III

                                                       G. Thomas Martin, III
                                                       Attorney for Plaintiff,
                                                       DENYS MIDDLETON