1  DAVID J. KAMINSKI (State Bar No. 128509)
   kaminskd@cmtlaw.com
2  ROBERT D. BERGLUND (State Bar No. 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC.
7

8
                    UNITED STATES DISTRICT COURT
9
          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11 DENYS MIDDLETON,                ) CASE NO. CV-09-04375 GAF (RZ)
                                   )
12             Plaintiff,          )
                                   ) **STIPULATION RE DISMISSAL
13       v.                        ) WITH PREJUDICE OF ENTIRE
                                   ) ACTION AND ALL PARTIES**
14                                 )
   ASSET ACCEPTANCE, LLC.,         )
15                                 )
               Defendant.          )
16                                 )
17                                 )
18                                 )
19                                 )
20 ─────────────────────────────── )

21       **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff DENYS

22 MIDDLETON and Defendant ASSET ACCEPTANCE, LLC., by and through their

23 respective counsel of record, that Plaintiff shall dismiss, with prejudice the

24 above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to

25 FRCP 41(a)(1).

26 / / /

27 / / /

28 / / /

---

06011.00/159915

1

STIPULATION RE DISMISSAL

1  Each party shall bear its own costs and expenses.

3  DATED:    December 10, 2009         KROHN & MOSS, LTD.

5                                      By: /s/ Thomas G. Martin
                                          Thomas G. Martin
6                                          Attorney for Plaintiff,
                                           DENYS MIDDLETON

9  DATED:    December 10, 2009         CARLSON & MESSER LLP

11                                     By: /s/ David J. Kaminski
                                          David J. Kaminski
12                                        Robert D. Berglund
                                          Attorneys for Defendant,
13                                        ASSET ACCEPTANCE, LLC.

06011.00/159915

STIPULATION RE DISMISSAL